FILED

JAN 0 9 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARCELLE L. CHATOIAN,                          No. C04-02790 MJJ

      Plaintiff,                          **ORDER AMENDING SCHEDULING
                                                ORDER**

    v.

COUNTY OF MARIN,

      Defendant.
_____/

     In light of the Plaintiffs' letter dated January 4, 2006 (Doc. #43), and Plaintiffs' avowal that

Defendants have no objection, the Court amends the Scheduling Order as follows:

     Plaintiffs' Motion for Class Certification, if any, shall be due within 30 days after the Court

issues its order on Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: 1/9/2006

                                       MARTIN J. JENKINS
                                       UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California