**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, California 95825
tcassidy@pswdlaw.com
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants COUNTY OF MARIN, MARIN COUNTY SHERIFF'S DEPARTMENT, SHERIFF ROBERT T. DOYLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCELLE L. CHATOIAN, CYNTHIA TASCA, KORISSA RUSSELL, CORIN RASMUSSEN and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, MARIN COUNTY SHERIFF'S DEPARTMENT, MARIN COUNTY SHERIFF ROBERT T. DOYLE, Individually and in His Official Capacity, MARIN COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100 and ROES 1 THROUGH 20, INCLUSIVE<br><br>Defendants. | Case No.: C 04-2790 MJJ<br><br>**ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Based on the Stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that the hearing on Defendants' Motion for Summary Judgment be continued to July 18, 2006 at 9:30 a.m. in Courtroom 11.

5/30/2006

_____
Martin J. Jenkins
United States District Judge

---

C 04-2790 MJJ     **ORDER TO CONTINUE HEARING ON DEFENDANTS' MSJ**

00433563.WPD